UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYPER ICE, INC. AND HYPERICE IP SUBCO, LLC,<br><br>                            *Plaintiffs*<br>                v.<br><br>YONGKANG XIANGYI TECHNOLOGY CO., LTD d/b/a SORUDEL,<br><br>                            *Defendant* | **25 Civ. 2962 (KPF)**<br><br>**UNSEALING ORDER** |

KATHERINE POLK FAILLA, District Judge

    The Clerk of Court is directed to unseal this case. Plaintiffs shall promptly re-file all documents submitted to date on the Court's Electronic Case Filing ("ECF") system.

    SO ORDERED.

Dated:  May 8, 2025
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge